UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD BOZELL,

Plaintiff,

v.

JEFFREY HOWARD, et al.,

Defendants.
______________________________________/

CASE NO. 2:25-CV-166

HON. ROBERT J. JONKER

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

On May 18, 2026, Plaintiff Richard Bozell filed a pro se motion for summary judgment in this matter (MSJ, ECF No. 16). The matter was referred to the Magistrate Judge, who entered a Report and Recommendation recommending that the Court deny Bozell's motion. The Court has reviewed the Report and Recommendation (R&R, ECF No. 34) and Plaintiff's Objection to the Report and Recommendation (Obj., ECF No. 41). Under the Federal Rules of Civil Procedure, where, as here, a party has objected to portions of a Report and Recommendation, "[t]he district judge . . . has a duty to reject the magistrate judge's recommendation unless, on de novo reconsideration, he or she finds it justified." 12 Wright, Miller, and Marcus, Federal Practice and Procedure § 3070.2, at 381 (2d ed. 1997). Specifically, the Rules provide that:

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 72(b)(3). De novo review in these circumstances requires at least a review of the evidence before the Magistrate Judge. *Hill v. Duriron Co.*, 656 F.2d 1208, 1215 (6th Cir. 1981). The Court has reviewed de novo the claims and evidence presented to the Magistrate Judge; the

Report and Recommendation itself; and Plaintiff's objections. After its review, the Court finds that Magistrate Judge Berens' Report and Recommendation is factually sound and legally correct.

The Magistrate Judge recommends denying Plaintiff's motion for summary judgment (MSJ, ECF No. 16). In his Objections, Plaintiff primarily reiterates and expands arguments he presented in his motion papers. The Report and Recommendation already carefully, thoroughly, and accurately addresses these arguments. Nothing in Plaintiff's Objections changes the fundamental analysis. The Court agrees with the Magistrate Judge's conclusion that Defendant is entitled to the relief it seeks, for the very reasons stated in the Report and Recommendation.

Accordingly:

**IT IS ORDERED** that the Report and Recommendation (ECF No. 34) is **APPROVED AND ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 16) is **DENIED**.

Dated: October 26, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE